DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

DUBOSE STEEL, INC. v. BB&T

No. 237P85.

Case below: 72 N.C. App. 598.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 July 1985.

FORSYTH COUNTY v. SHELTON

No. 365P85.

Case below: 74 N.C. App. 674.

Petition by defendants for temporary stay pursuant to Rule 23(e) allowed 3 July 1985.

GRIFFIN v. BAUCOM

No. 283P85.

Case below: 74 N.C. App. 282.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 July 1985.

IN RE FORECLOSURE OF PROPERTY OF JOHNSON

No. 123PA85.

Case below: 72 N.C. App. 485.

Petition by heirs of Davis Johnson for discretionary review under G.S. 7A-31 allowed 3 July 1985.

IN RE McDONALD

No. 87P85.

Case below: 72 N.C. App. 234.

Petition by respondents for discretionary review under G.S. 7A-31 denied 8 July 1985.